478 A.2d 101

Marguerite Inv. Inc., Appellant, v. Gordon.

 Argued March 20, 1984. Susan M. Santanosto, for appellant; Robert Lapowsky, for appellees.

Before SPAETH, President Judge, and BECK and TAMILIA, JJ.

Affirmed.